McGREGOR W. SCOTT
United States Attorney
THOMAS E. FLYNN
Assistant U.S. Attorney
Chief of Appeals
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2727

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM H. DOYLE, | ) | |
| | ) | |
| Petitioner, | ) | CV. NO. S-07-2401 MCE DAD P |
| | ) | |
| v. | ) | ORDER RE RESPONDENT'S |
| | ) | REQUEST FOR AN EXTENSION OF |
| U.S. PAROLE COMMISSION, | ) | TIME |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

    IT IS SO ORDERED that respondent U.S. Parole Commission's December 6, 2007 request for an extension of time until February 1, 2008, to file its response to Doyle's §2241 petition is GRANTED.

DATED: December 19, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
doyl2401.reot