```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILLIP A. TALBERT
    Assistant U.S. Attorney
 3  Chief of Appeals
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2789
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT
 9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  WILLIAM H. DOYLE,            )
                                 )
12          Petitioner,          )   NO. CIV S-07-2401 MCE DAD P
                                 )
13      v.                       )   ORDER RE RESPONDENT'S
                                 )   SECOND REQUEST FOR AN EXTENSION
14  U.S. PAROLE COMMISSION,      )   OF TIME
                                 )
15          Respondent.          )
    _____)
16
17      IT IS SO ORDERED that respondent U.S. Parole Commission's
18  January 31, 2008 request for an extension of time until February 29,
19  2008, to file its response to Doyle's §2241 petition is GRANTED.
20  DATED: February 5, 2008.
21
22                          _____
                            DALE A. DROZD
23                          UNITED STATES MAGISTRATE JUDGE
24  DAD:4
    doy2401.eot2
25
26
27
28
```