E-Filed: **3/16/09**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **William H. Doyle,** | **CASE NO. CV 07-2401-GHK** |
| Petitioner, | |
| v. | **JUDGMENT** |
| **United States Parole Commission,** | |
| Respondent. | |

Pursuant to our March 16, 2009 Order denying Petitioner's Petition for Writ of Habeas Corpus, **IT IS HEREBY ADJUDGED** that the Petition is **DENIED with prejudice**.

**IT IS SO ORDERED.**

DATED: March 16, 2009

_____
GEORGE H. KING
United States District Judge[1]

---

[1] United States District Judge for the Central District of California sitting by designation.